UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

HARRY EUBANKS,

    Plaintiff,

v.                                        Case No: 5:22-cv-411-JSM-PRL

HIRSCHBACH MOTOR LINES and
EROL HALL,

    Defendants.

_____

**ORDER**

This matter is before the Court on Defendants Erol E. Hall and Hirschbach Motor Lines, Inc.'s motion to compel Plaintiff to serve his Fed.R.Civ.P. 26(a)(1) initial disclosures. (Doc. 12). Pursuant to the parties' case management report, Plaintiff's deadline to serve his initial disclosures was October 31, 2022 (and then, according to Defendants, Plaintiff agreed to produce them by December 5, 2022). (Doc. 10). To date, Defendants have not received the initial disclosures.

Accordingly, to the extent Plaintiff has not yet served his initial disclosures, he shall do so by **5:00 p.m. on December 27, 2022**. Plaintiff shall also show cause by that same date why the Court should not impose sanctions against Plaintiff pursuant to Fed.R.Civ.P. 37(a)(5) for his failure to comply with his discovery obligations.

**DONE** and **ORDERED** in Ocala, Florida on December 19, 2022.

PHILIP R. LAMMENS
United States Magistrate Judge

- 2 -

Copies furnished to:

Counsel of Record
Unrepresented Parties